IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 120-052 |
| | ) | |
| JOHN THOMAS BARNES, III | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **GRANTS IN PART** and **DENIES IN PART** Defendant's motion to suppress, (doc. no. 19). The Court does not suppress Defendant's statements made prior to arrest and physical evidence seized during the vehicle search. The Court suppresses all statements made after Defendant's arrest.

SO ORDERED this 16th day of December, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE